**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CATHRYN LYN GARCIA,**

**Defendant.**

**and,**

**OREGON DEPARTMENT OF REVENUE,**

**Garnishee.**

**3:05-CR-00267-HA-2**

**ORDER TO DISMISS GARNISHMENT**

Upon motion of the United States of America, it is hereby ORDERED that the garnishment in the above-named action be dismissed pursuant to 28 U.S.C. § 3205(c)(10)(A), as the obligation is presently being collected through the Treasury Offset Program (TOP).

DATED this 10th day of September, 2026.

HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/Julia E. Jarrett*
JULIA E. JARRETT
Assistant United States Attorney